76 A.3d 531

IN RE ADVISORY COMMITTEE ON PROFESSIONAL
ETHICS, DOCKET NO. 17–2012 (VOLUNTEER
LAWYERS FOR JUSTICE–PETITIONER)

October 18, 2013.

It is ORDERED that the notice of petition for review is granted.